JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EVANS AREK, an individual,<br><br>Plaintiff;<br><br>v.<br><br>ACARA SOLUTIONS, INC., a corporation; MEDTRONIC, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00423-JLS-KESx<br>HON. JOSEPHINE L. STATON<br>COURTROOM 10A<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE** |

1  The Parties have filed a stipulation to dismiss this action with prejudice pursuant
2  to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The stipulation is approved.
3  This action is dismissed **WITH PREJUDICE**.  Each Party is to bear its/his own
4  costs and attorneys' fees.

Dated: 06/08/2020

JOSEPHINE L. STATON
Hon. Josephine L. Staton
United States District Judge